UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| KAROLINA SORENSSON ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 4:22-CV-13-FL |
| STATE OF NORTH CAROLINA, ) | |
| KINSTON POLICE DEPARTMENT, ) | |
| and LENOIR COUNTY COURT ) | |
|         Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 29, 2022 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on August 29, 2022, and Copies To:**
Karolina Sorensson (via US mail) 511 N. Queen St Apt #6-G, Kinston Towers, Kinston, NC 28501

August 29, 2022                      PETER A. MOORE, JR., CLERK

                                           /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk